77 F.3d 1210
 UNITED STATES of America, Plaintiff-Appellee,
v.
Louise Han PEREZ; Joseph E. Perez; and John Velasco Cruz,
Defendants-Appellants.
 Nos. 94-10313, 94-10314 and 94-10400.
D.C. No. CR-94-00036-JSU.
 United States Court of Appeals,
Ninth Circuit.
 March 11, 1996.
 
 Prior report: 67 F.3d 1371.
 ORDER
 HUG, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.